UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAGWELL INC.,<br><br>    Plaintiff,<br><br>- v -<br><br>CANACCORD GENUITY LLC,<br>CANACCORD GENUITY<br>PETSKY PRUNIER LLC, and<br>SANJAY CHADDA,<br><br>    Defendants. | NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Civil Action No. 1:22-cv-10647-JSR |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stagwell Inc. hereby gives notice that the above-captioned action is voluntarily dismissed.

/s/ *John P. Curley*
John P. Curley
HOGUET NEWMAN REGAL & KENNEY LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Tel.: (212) 689-8808
Fax: (212) 689-5101
Email: jcurley@hnrklaw.com

Charles E. Loeser
HWG LLP
1919 M Street, NW, Eighth Floor
Washington, D.C. 20036
Tel.: (202) 730-1300 (office)
Tel.: (919) 504-9824 (direct)

Fax: (202) 730-1301
Email: cloeser@hwglaw.com

*Counsel for Plaintiff Stagwell Inc.*

Clerk to close case.
SO ORDERED

_____
Jed S. Rakoff
U.S.D.J.
1-30-23